THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
Larry W. Chae, State Bar No. 268979
larrychae@bickellawfirm.com
750 B Street, Suite 1950
San Diego, California 92101
Telephone: (619) 374-4100
Facsimile: (619) 231-9040

JS - 6

Attorneys for Plaintiff FRANK KASHARE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK KASHARE,<br><br>    Plaintiff,<br><br>    vs.<br><br>BMW OF NORTH AMERICA, and<br>DOE 1 through DOE 10 inclusive,<br><br>    Defendants,<br>_____ | Case No. CV11-05146 PA (Ex)<br><br>ORDER DISMISSING THE ACTION |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

Date: February 29, 2012

_____
Honorable Percy Anderson